UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR07-331-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| WILLIAM CLARENCE RENNER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:        Conspiracy to Possess Marijuana with Intent to Distribute

<u>Date of Detention Hearing</u>:    November 13, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.        Defendant has been charged with a drug offense the maximum penalty of which is in excess of ten years.  There is therefore a rebuttable presumption against defendant as to both

DETENTION ORDER                                                                                    15.13
18 U.S.C. § 3142(i)                                                                                     Rev. 1/91
PAGE 1

01 dangerousness and flight risk, under 18 U.S.C. §3142(e).

02       2.       Defendant has several outstanding warrants.  He has been on federal supervision

03 in this district in the past.  He has a history of failing to appear.  He was not interviewed by Pretrial

04 Services and his background information is not known or verified.

05       3.       Defendant does not contest detention.

06       4.       Taken as a whole, the record does not effectively rebut the presumption that no

07 condition or combination of conditions will reasonably assure the appearance of the defendant as

08 required and the safety of the community.

09 It is therefore ORDERED:

10       (1)       Defendant shall be detained pending trial and committed to the custody of the

11                Attorney General for confinement in a correction facility separate, to the extent

12                practicable, from persons awaiting or serving sentences or being held in custody

13                pending appeal;

14       (2)       Defendant shall be afforded reasonable opportunity for private consultation with

15                counsel;

16       (3)       On order of a court of the United States or on request of an attorney for the

17                Government, the person in charge of the corrections facility in which defendant is

18                confined shall deliver the defendant to a United States Marshal for the purpose of

19                an appearance in connection with a court proceeding; and

20 / / /

21 / / /

22 / / /

DETENTION ORDER                                                              15.13
18 U.S.C. § 3142(i)                                                         Rev. 1/91
PAGE 2

01      (4)     The clerk shall direct copies of this Order to counsel for the United States, to

02              counsel for the defendant, to the United States Marshal, and to the United States

03              Pretrial Services Officer.

04      DATED this 13th day of November, 2007.

05

06              _____
                Mary Alice Theiler

07              United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                                15.13
18 U.S.C. § 3142(i)                                                            Rev. 1/91
PAGE 3